FILED
CLERK, U.S. DISTRICT COURT

AUG 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY         D BROWN        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CM REO Trust,                       )   Case No. ED CV 12-1333-UA (DUTYx)
                                    )
              Plaintiff,            )
                                    )   ORDER SUMMARILY REMANDING
       vs.                          )   IMPROPERLY-REMOVED ACTION
                                    )
RACHEL CORDERO, et al.,             )
                                    )
              Defendants.           )
                                    )
_____)

The Court will remand this unlawful detainer action to state court summarily because defendants removed it improperly.

On August 10, 2012, defendants Rachel Cordero, Eva Cordero, and Anna Arreaga, having been sued in what appears to be a routine unlawful detainer action in California Superior Court, lodged a Notice Of Removal of that action to this Court, and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, plaintiff could not have brought this action in federal court in the first place, in that defendants do not competently allege facts supplying either

1

1    diversity or federal question jurisdiction, and therefore removal is improper.  28

2    U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,

3    563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005).  Here, defendants have asserted

4    both federal question and diversity jurisdiction as their basis for removal.  But as

5    described in more detail in the Order Denying Defendants' Request to Proceed

6    Without Prepayment of Filing Fee, because the unlawful detainer action to be

7    removed does not actually raise the federal claims to which defendants point, and

8    because the amount in controversy does not exceed $75,000 and there is no

9    allegation of diversity of citizenship, there is no basis to assert either federal

10   question or diversity jurisdiction.  *See* 28 U.S.C. §§ 1331, 1332, 1441.

11        Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the

12   Superior Court of California, San Bernardino County, Fontana District, 17780

13   Arrow Highway, Fontana, CA 92335-2398, for lack of subject matter jurisdiction

14   pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this

15   Order to the state court; and (3) that the Clerk serve copies of this Order on the

16   parties.

17

18

19   DATED:   8/16/12

20                                HONORABLE AUDREY B. COLLINS
                                  CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2